UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Perelgut, Mitchell § Case No. 10-53035
Perelgut, Maureen §
§           Hon. Susan Pierson Sonderby
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m., on Wednesday, November 9, 2011
in Courtroom 642, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth Gardner_____
                                        Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Perelgut, Mitchell § Case No. 10-53035
Perelgut, Maureen §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | Fifth Third Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | Fifth Third Bank | $ | $ | $ |
| 000003 | Fifth Third Bank | $ | $ | $ |
| 000004 | American InfoSource LP as agent for | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000007 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000008 | American Express Bank, FSB | $ | $ | $ |
| 000009 | American Express Bank, FSB | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                      Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-53035  Doc 61  Filed 10/06/11  Entered 10/06/11 02:18:49  Desc PDF
Final Report/Applications Notice Recipients  Page 1 of 1

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0752–1 | User: adragonet | Date Created: 10/7/2011 |
| Case: 10–53035 | Form ID: pdf006 | Total: 37 |

**Recipients of Notice of Electronic Filing:**
tr    Joseph A Baldi, Tr    jabaldi@baldiberg.com
aty   Joseph A Baldi, Tr    jabaldi@baldiberg.com
aty   Joseph A Baldi, Tr    jabaldi@ameritech.net
aty   Megan D Hayes         ndil@geracilaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mitchell Perelgut        323 Shadow Bend Dr        Wheeling, IL 60090
jdb         Maureen Perelgut         323 Shadow Bend Dr        Wheeling, IL 60090
16484082    ATTUniversal Card/Citibank        Attn: Bankruptcy Dept.        Po Box 6241        Sioux Falls, SD 57117
16484083    American Express        Attn: Bankruptcy Dept.        Po Box 297871        Fort Lauderdale, FL 33329
16484085    American Express        Attn: Bankruptcy Dept.        Po Box 297871        Fort Lauderdale, FL 33329
16484088    American Express        Attn: Bankruptcy Dept.        Po Box 297871        Fort Lauderdale, FL 33329
16484089    American Express        Bankruptcy Department        Box 0001        Los Angeles, CA 90096
16979407    American Express Bank, FSB        c o Becket and Lee LLP        POB 3001        Malvern, PA 19355–0701
17038549    American Express Bank, FSB        c o Becket and Lee LLP        POB 3001        Malvern, PA 19355–0701
16855185    American InfoSource LP as agent for        Citibank (South Dakota) N.A.        PO Box 248840        Oklahoma City, OK 73124–8840
17542523    American InfoSource LP as agent for Citibank N.A.        PO Box 248840        Oklahoma City, OK 73124–8840
16484080    Capital One        Attn: Bankruptcy Dept.        Po Box 85520        Richmond, VA 23285
16932033    Capital One Bank (USA), N.A.        by American InfoSource LP as agent        PO Box 248839        Oklahoma City, OK 73124–8839
16484079    Chase        Attn: Bankruptcy Dept.        Po Box 15298        Wilmington, DE 19850
16903694    Chase Bank USA, N.A.        PO Box 15145        Wilmington, DE 19850–5145
16484081    Citibank        Attn: Bankruptcy Dept.        Po Box 6241        Sioux Falls, SD 57117
16484084    Citibank        Attn: Bankruptcy Dept.        Po Box 6241        Sioux Falls, SD 57117
16484090    Clerk, Second Mun Div        Doc # 09 M2 3924        5600 Old Orchard Rd        Skokie, IL 60077
16484070    Equifax        Attn: Bankruptcy Dept.        PO Box 740241        Atlanta, GA 30374
16484071    Experian        Attn: Bankruptcy Dept.        PO Box 2002        Allen, TX 75013
16484078    Fifth Third Bank        Attn: Bankruptcy Dept.        5050 Kingsley Dr        Cincinnati, OH 45227
16484087    Fifth Third Bank        Attn: Bankruptcy Dept.        5050 Kingsley Dr        Cincinnati, OH 45227
16484069    Fifth Third Bank        Attn: Bankruptcy Dept.        Fifth Third Center        Cincinnati, OH 45263
16857732    Fifth Third Bank        PO BOX 829009        Dallas, TX 75382
16484074    Macy's/DSNB        Attn: Bankruptcy Dept.        9111 Duke Blvd        Mason, OH 45040
16484075    Macy's/DSNB        Attn: Bankruptcy Dept.        9111 Duke Blvd        Mason, OH 45040
16484076    Macy's/DSNB        Attn: Bankruptcy Dept.        9111 Duke Blvd        Mason, OH 45040
16484086    Macy's/DSNB        Attn: Bankruptcy Dept.        9111 Duke Blvd        Mason, OH 45040
16484073    Neiman Marcus/HSBC        Attn: Bankruptcy Dept.        Po Box 15221        Wilmington, DE 19850
16484077    Nordstrom Bank, FSB        Attn: Bankruptcy Dept.        Po Box 6555        Englewood, CO 80155
16905107    PYOD LLC its successors and assigns as assignee of        Citibank, NA        c/o Resurgent Capital Services        PO Box 19008        Greenville, SC 29602–
16484072    Transunion        Attn: Bankruptcy Dept.        PO Box 1000        Chester, PA 19022
16484091    Zwicker and Assoc        7366 N. Lincoln Ave        Suite 404        Lincolnwood, IL 60712

TOTAL: 33