**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Perelgut, Mitchell | § | Case No. 10-53035 |
| Perelgut, Maureen | § | |
| | § | Hon. Susan Pierson Sonderby |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m., on Wednesday, November 9, 2011
in Courtroom  642, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                    By: Kenneth Gardner_____
                                                                            Clerk of Bankruptcy Court


Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Perelgut, Mitchell § Case No. 10-53035
Perelgut, Maureen §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 5,000.16 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 5,000.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 5,000.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 1,269.50 | $ 0.00 | $ 1,269.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,519.50 |
| Remaining Balance | $ 2,480.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,065.69  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 17,138.98 | $ 0.00 | $ 251.48 |
| 000002 | Fifth Third Bank | $ 7,209.84 | $ 0.00 | $ 105.79 |
| 000003 | Fifth Third Bank | $ 10,327.00 | $ 0.00 | $ 151.52 |
| 000004 | American InfoSource LP as agent for | $ 22,247.44 | $ 0.00 | $ 326.43 |
| 000005 | Chase Bank USA, N.A. | $ 14,102.70 | $ 0.00 | $ 206.93 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 14,909.34 | $ 0.00 | $ 218.76 |
| 000007 | Capital One Bank (USA), N.A. | $ 15,582.87 | $ 0.00 | $ 228.64 |
| 000008 | American Express Bank, FSB | $ 25,232.38 | $ 0.00 | $ 370.23 |
| 000009 | American Express Bank, FSB | $ 42,315.14 | $ 0.00 | $ 620.88 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 2,480.66 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| District/Off: 0752−1 | User: adragonet | Date Created: 10/7/2011 |
|---|---|---|
| Case: 10−53035 | Form ID: pdf006 | Total: 37 |

**Recipients of Notice of Electronic Filing:**
tr    Joseph A Baldi, Tr    jabaldi@baldiberg.com
aty   Joseph A Baldi, Tr    jabaldi@baldiberg.com
aty   Joseph A Baldi, Tr    jabaldi@ameritech.net
aty   Megan D Hayes    ndil@geracilaw.com

                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mitchell Perelgut    323 Shadow Bend Dr    Wheeling, IL 60090
jdb   Maureen Perelgut    323 Shadow Bend Dr    Wheeling, IL 60090
16484082    ATTUniversal Card/Citibank    Attn: Bankruptcy Dept.    Po Box 6241    Sioux Falls, SD 57117
16484083    American Express    Attn: Bankruptcy Dept.    Po Box 297871    Fort Lauderdale, FL 33329
16484085    American Express    Attn: Bankruptcy Dept.    Po Box 297871    Fort Lauderdale, FL 33329
16484088    American Express    Attn: Bankruptcy Dept.    Po Box 297871    Fort Lauderdale, FL 33329
16484089    American Express    Bankruptcy Department    Box 0001    Los Angeles, CA 90096
16979407    American Express Bank, FSB    c o Becket and Lee LLP    POB 3001    Malvern, PA 19355−0701
17038549    American Express Bank, FSB    c o Becket and Lee LLP    POB 3001    Malvern, PA 19355−0701
16855185    American InfoSource LP as agent for    Citibank (South Dakota) N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
17542523    American InfoSource LP as agent for Citibank N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
16484080    Capital One    Attn: Bankruptcy Dept.    Po Box 85520    Richmond, VA 23285
16932033    Capital One Bank (USA), N.A.    by American InfoSource LP as agent    PO Box 248839    Oklahoma City, OK 73124−8839
16484079    Chase    Attn: Bankruptcy Dept.    Po Box 15298    Wilmington, DE 19850
16903694    Chase Bank USA, N.A.    PO Box 15145    Wilmington, DE 19850−5145
16484081    Citibank    Attn: Bankruptcy Dept.    Po Box 6241    Sioux Falls, SD 57117
16484084    Citibank    Attn: Bankruptcy Dept.    Po Box 6241    Sioux Falls, SD 57117
16484090    Clerk, Second Mun Div    Doc # 09 M2 3924    5600 Old Orchard Rd    Skokie, IL 60077
16484070    Equifax    Attn: Bankruptcy Dept.    PO Box 740241    Atlanta, GA 30374
16484071    Experian    Attn: Bankruptcy Dept.    PO Box 2002    Allen, TX 75013
16484078    Fifth Third Bank    Attn: Bankruptcy Dept.    5050 Kingsley Dr    Cincinnati, OH 45227
16484087    Fifth Third Bank    Attn: Bankruptcy Dept.    5050 Kingsley Dr    Cincinnati, OH 45227
16484069    Fifth Third Bank    Attn: Bankruptcy Dept.    Fifth Third Center    Cincinnati, OH 45263
16857732    Fifth Third Bank    PO BOX 829009    Dallas, TX 75382
16484074    Macy's/DSNB    Attn: Bankruptcy Dept.    9111 Duke Blvd    Mason, OH 45040
16484075    Macy's/DSNB    Attn: Bankruptcy Dept.    9111 Duke Blvd    Mason, OH 45040
16484076    Macy's/DSNB    Attn: Bankruptcy Dept.    9111 Duke Blvd    Mason, OH 45040
16484086    Macy's/DSNB    Attn: Bankruptcy Dept.    9111 Duke Blvd    Mason, OH 45040
16484073    Neiman Marcus/HSBC    Attn: Bankruptcy Dept.    Po Box 15221    Wilmington, DE 19850
16484077    Nordstrom Bank, FSB    Attn: Bankruptcy Dept.    Po Box 6555    Englewood, CO 80155
16905107    PYOD LLC its successors and assigns as assignee of    Citibank, NA    c/o Resurgent Capital Services    PO Box 19008    Greenville, SC 29602−
16484072    Transunion    Attn: Bankruptcy Dept.    PO Box 1000    Chester, PA 19022
16484091    Zwicker and Assoc    7366 N. Lincoln Ave    Suite 404    Lincolnwood, IL 60712

                                                        TOTAL: 33