## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Perelgut, Mitchell | § | Case No. 10-53035 |
| Perelgut, Maureen | § | |
| | § | Hon. Susan Pierson Sonderby |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m., on Wednesday, November 9, 2011
in Courtroom  642, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner _____
                                                  Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Perelgut, Mitchell | § | Case No. 10-53035 |
| Perelgut, Maureen | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.16 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 5,000.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 1,269.50 | $ 0.00 | $ 1,269.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,519.50 |
| Remaining Balance | $ 2,480.66 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,065.69  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 17,138.98 | $ 0.00 | $ 251.48 |
| 000002 | Fifth Third Bank | $ 7,209.84 | $ 0.00 | $ 105.79 |
| 000003 | Fifth Third Bank | $ 10,327.00 | $ 0.00 | $ 151.52 |
| 000004 | American InfoSource LP as agent for | $ 22,247.44 | $ 0.00 | $ 326.43 |
| 000005 | Chase Bank USA, N.A. | $ 14,102.70 | $ 0.00 | $ 206.93 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 14,909.34 | $ 0.00 | $ 218.76 |
| 000007 | Capital One Bank (USA), N.A. | $ 15,582.87 | $ 0.00 | $ 228.64 |
| 000008 | American Express Bank, FSB | $ 25,232.38 | $ 0.00 | $ 370.23 |
| 000009 | American Express Bank, FSB | $ 42,315.14 | $ 0.00 | $ 620.88 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 2,480.66 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| District/Off: 0752−1 | User: adragonet | Date Created: 10/7/2011 |
|---|---|---|
| Case: 10−53035 | Form ID: pdf006 | Total: 37 |

**Recipients of Notice of Electronic Filing:**

| tr | Joseph A Baldi, Tr | jabaldi@baldiberg.com |
|---|---|---|
| aty | Joseph A Baldi, Tr | jabaldi@baldiberg.com |
| aty | Joseph A Baldi, Tr | jabaldi@ameritech.net |
| aty | Megan D Hayes | ndil@geracilaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Mitchell Perelgut | 323 Shadow Bend Dr | Wheeling, IL 60090 |
|---|---|---|---|
| jdb | Maureen Perelgut | 323 Shadow Bend Dr | Wheeling, IL 60090 |
| 16484082 | ATTUniversal Card/Citibank | Attn: Bankruptcy Dept. | Po Box 6241 | Sioux Falls, SD 57117 |
| 16484083 | American Express | Attn: Bankruptcy Dept. | Po Box 297871 | Fort Lauderdale, FL 33329 |
| 16484085 | American Express | Attn: Bankruptcy Dept. | Po Box 297871 | Fort Lauderdale, FL 33329 |
| 16484088 | American Express | Attn: Bankruptcy Dept. | Po Box 297871 | Fort Lauderdale, FL 33329 |
| 16484089 | American Express | Bankruptcy Department | Box 0001 | Los Angeles, CA 90096 |
| 16979407 | American Express Bank, FSB | c o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 |
| 17038549 | American Express Bank, FSB | c o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 |
| 16855185 | American InfoSource LP as agent for | Citibank (South Dakota) N.A. | PO Box 248840 | Oklahoma City, OK 73124−8840 |
| 17542523 | American InfoSource LP as agent for Citibank N.A. | PO Box 248840 | Oklahoma City, OK 73124−8840 |
| 16484080 | Capital One | Attn: Bankruptcy Dept. | Po Box 85520 | Richmond, VA 23285 |
| 16932033 | Capital One Bank (USA), N.A. | by American InfoSource LP as agent | PO Box 248839 | Oklahoma City, OK 73124−8839 |
| 16484079 | Chase | Attn: Bankruptcy Dept. | Po Box 15298 | Wilmington, DE 19850 |
| 16903694 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 |
| 16484081 | Citibank | Attn: Bankruptcy Dept. | Po Box 6241 | Sioux Falls, SD 57117 |
| 16484084 | Citibank | Attn: Bankruptcy Dept. | Po Box 6241 | Sioux Falls, SD 57117 |
| 16484090 | Clerk, Second Mun Div | Doc # 09 M2 3924 | 5600 Old Orchard Rd | Skokie, IL 60077 |
| 16484070 | Equifax | Attn: Bankruptcy Dept. | PO Box 740241 | Atlanta, GA 30374 |
| 16484071 | Experian | Attn: Bankruptcy Dept. | PO Box 2002 | Allen, TX 75013 |
| 16484078 | Fifth Third Bank | Attn: Bankruptcy Dept. | 5050 Kingsley Dr | Cincinnati, OH 45227 |
| 16484087 | Fifth Third Bank | Attn: Bankruptcy Dept. | 5050 Kingsley Dr | Cincinnati, OH 45227 |
| 16484069 | Fifth Third Bank | Attn: Bankruptcy Dept. | Fifth Third Center | Cincinnati, OH 45263 |
| 16857732 | Fifth Third Bank | PO BOX 829009 | Dallas, TX 75382 |
| 16484074 | Macy's/DSNB | Attn: Bankruptcy Dept. | 9111 Duke Blvd | Mason, OH 45040 |
| 16484075 | Macy's/DSNB | Attn: Bankruptcy Dept. | 9111 Duke Blvd | Mason, OH 45040 |
| 16484076 | Macy's/DSNB | Attn: Bankruptcy Dept. | 9111 Duke Blvd | Mason, OH 45040 |
| 16484086 | Macy's/DSNB | Attn: Bankruptcy Dept. | 9111 Duke Blvd | Mason, OH 45040 |
| 16484073 | Neiman Marcus/HSBC | Attn: Bankruptcy Dept. | Po Box 15221 | Wilmington, DE 19850 |
| 16484077 | Nordstrom Bank, FSB | Attn: Bankruptcy Dept. | Po Box 6555 | Englewood, CO 80155 |
| 16905107 | PYOD LLC its successors and assigns as assignee of | Citibank, NA | c/o Resurgent Capital Services | PO Box 19008 | Greenville, SC 29602− |
| 16484072 | Transunion | Attn: Bankruptcy Dept. | PO Box 1000 | Chester, PA 19022 |
| 16484091 | Zwicker and Assoc | 7366 N. Lincoln Ave | Suite 404 | Lincolnwood, IL 60712 |

TOTAL: 33

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-53035-SPS
Mitchell Perelgut                                                       Chapter 7
Maureen Perelgut
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: Oct 14, 2011
                              Form ID: pdf002          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2011.
db/jdb       +Mitchell Perelgut,   Maureen Perelgut,   323 Shadow Bend Dr,   Wheeling, IL 60090-3155
16484082     +AT&T Universal Card/Citibank,   Attn: Bankruptcy Dept.,   Po Box 6241,
               Sioux Falls, SD 57117-6241
16484083     +American Express,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
16484089     +American Express,   Bankruptcy Department,   Box 0001,   Los Angeles, CA 90096-8000
16979407      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17542523      American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
16484080     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
               Richmond, VA 23285)
16932033      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
               Oklahoma City, OK  73124-8839
16484079     +Chase,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
16903694      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16484081     +Citibank,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
16484090     +Clerk, Second Mun Div,   Doc # 09 M2 3924,   5600 Old Orchard Rd,   Skokie, IL 60077-1051
16484070     +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
16484071     +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
16484069     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   Attn: Bankruptcy Dept.,   Fifth Third Center,
               Cincinnati, OH 45263)
16857732     +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16484078     +Fifth Third Bank,   Attn: Bankruptcy Dept.,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
16484074     +Macy's/DSNB,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
16484073     +Neiman Marcus/HSBC,   Attn: Bankruptcy Dept.,   Po Box 15221,   Wilmington, DE 19850-5221
16484077     +Nordstrom Bank, FSB,   Attn: Bankruptcy Dept.,   Po Box 6555,   Englewood, CO 80155-6555
16484072     +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
16484091     +Zwicker and Assoc,   7366 N. Lincoln Ave,   Suite 404,   Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16855185      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2011 03:14:55
               American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
16905107     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 15 2011 01:40:05
               PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                              TOTAL: 2


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16484085*    +American Express,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
16484088*    +American Express,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17038549*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16484084*    +Citibank,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
16484087*    +Fifth Third Bank,   Attn: Bankruptcy Dept.,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
16484075*    +Macy's/DSNB,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
16484076*    +Macy's/DSNB,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
16484086*    +Macy's/DSNB,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
                                                                       TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: adragonet        Page 2 of 2              Date Rcvd: Oct 14, 2011
                             Form ID: pdf002         Total Noticed: 24
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**                      **Signature:**    _Joseph Speetjens_