UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                            §
                                  §
                                  §
Perelgut, Mitchell                §    Case No. 10-53035
Perelgut, Maureen                 §
                                  §
                                  §
         Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank Attn: Bankruptcy Dept. Fifth Third Center Cincinnati OH 45263 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | FIFTH THIRD BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 American Express Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 10 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 11 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 14 Macy's/DSNB Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 15 Macy's/DSNB Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Macy's/DSNB Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 17 Macy's/DSNB Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 18 Neiman Marcus/HSBC Attn: Bankruptcy Dept. Po Box 15221 Wilmington DE 19850 | | | | | |
| | 19 Nordstrom Bank, FSB Attn: Bankruptcy Dept. Po Box 6555 Englewood CO 80155 | | | | | |
| | 20 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 3 American Express Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 7366 N. Lincoln Ave Suite 404 Lincolnwood IL 60712 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk, Second Mun Div Doc # 09 M2 3924 5600 Old Orchard Rd Skokie IL 60077 | | | | | |
| | Zwicker and Assoc | | | | | |
| 000001 | AMER INFOSOURCE LP AGENT FOR CITIBA | | | | | |
| 000004 | AMER INFOSOURCE LP AGENT FOR CITIBA | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000009 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-53035 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Perelgut, Mitchell | | | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | Perelgut, Maureen | | | 341(a) Meeting Date: | 01/05/11 |
| For Period Ending: | 12/12/11 | | | Claims Bar Date: | 05/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 323 Shadow Bend Dr, Wheeling, IL 60090 (Debtor's | 147,000.00 | 0.00 | | 0.00 | FA |
| 2. MB Financial checking account #xxxxx5029 | 400.00 | 0.00 | | 0.00 | FA |
| 3. MB Financial checking account | 500.00 | 0.00 | | 0.00 | FA |
| 4. Household goods: Flat-screen TV, DVD player, compu | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, watch, costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 8. Wedding ring set | 200.00 | 0.00 | | 0.00 | FA |
| 9. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Chevrolet E30 Van (over 170,000 miles) | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 12. 2004 Acura MDX (over 76,000 miles) | 12,000.00 | 3,000.00 | | 3,000.00 | FA |
| 13. 2005 Scion TC (over 70,000 miles) | 6,000.00 | 1,000.00 | | 1,000.00 | FA |
| 14. Family Pets/Animals. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $170,550.00 | $5,000.00 | | $5,000.22 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold equity in vehicles to Debtor per court order; TFR filed.  Final hearing held 11/9/11

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.04e

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-53035 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Perelgut, Mitchell | | Bank Name: | Bank of America, N.A. |
| | Perelgut, Maureen | | Account Number / CD #: | *******7165 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6191 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/31/11 | * NOTE * | Mitchell Perelgut<br>323 Shadow Bend Dr<br>Wheeling, IL 60090 | SALE PROCEEDS: VEHICLES<br>* NOTE * Properties 11, 12, 13 | 5,000.00 | | | | | 5,000.00 |
| 06/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 5,000.03 |
| 07/29/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.04 | | | | 5,000.07 |
| 08/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 5,000.12 |
| 09/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.04 | | | | 5,000.16 |
| 10/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | | 0.04 | | | | 5,000.20 |
| 11/18/11 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.02 | | | | 5,000.22 |
| 11/18/11 | | Transfer to Acct #*******7408 | Final Posting Transfer<br>For Final Distribution | | | | | -5,000.22 | 0.00 |

| Account *******7165 | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| | 1 Deposits | 5,000.00 | | 0 Adjustments Out | 0.00 |
| | 6 Interest Postings | 0.22 | | 1 Transfers Out | 5,000.22 |
| | Subtotal | $ 5,000.22 | | Total | $ 5,000.22 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 5,000.22 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-53035 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Perelgut, Mitchell | Bank Name: | Bank of America, N.A. |
| | Perelgut, Maureen | Account Number / CD #: | *******7408 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6191 | | |
| For Period Ending: | 12/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 11/18/11 | | Transfer from Acct #*******7165 | Transfer In From MMA Account For Final Distribution | | | | | 5,000.22 | 5,000.22 |
| 11/18/11 | 001001 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St. Suite 1500 Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 1,269.50 | | | 3,730.72 |
| 11/18/11 | 001002 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Trustee Compensation | | | 1,250.00 | | | 2,480.72 |
| 11/18/11 | 001003 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000001, Payment 1.47% | | | 251.48 | | | 2,229.24 |
| 11/18/11 | 001004 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Claim 000002, Payment 1.47% | | | 105.79 | | | 2,123.45 |
| 11/18/11 | 001005 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Claim 000003, Payment 1.47% | | | 151.53 | | | 1,971.92 |
| 11/18/11 | 001006 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000004, Payment 1.47% | | | 326.44 | | | 1,645.48 |
| 11/18/11 | 001007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 1.47% | | | 206.93 | | | 1,438.55 |
| 11/18/11 | 001008 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000006, Payment 1.47% | | | 218.77 | | | 1,219.78 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.04e

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-53035 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Perelgut, Mitchell | Bank Name: | Bank of America, N.A. |
|  | Perelgut, Maureen | Account Number / CD #: | *******7408  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6191 | | |
| For Period Ending: | 12/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 11/18/11 | 001009 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000007, Payment 1.47% | | | 228.65 | | | 991.13 |
| 11/18/11 | 001010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 1.47% | | | 370.24 | | | 620.89 |
| 11/18/11 | 001011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 1.47% | | | 620.89 | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******7408 | Balance Forward | 0.00 | | 11 Checks | 5,000.22 |
| | 0 Deposits | 0.00 | | 0 Adjustments Out | 0.00 |
| | 0 Interest Postings | 0.00 | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | Total | $ 5,000.22 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 5,000.22 | | | |
| | Total | $ 5,000.22 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 10-53035 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Perelgut, Mitchell | | Bank Name: | Bank of America, N.A. |
| | Perelgut, Maureen | | Account Number / CD #: | *******7408  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6191 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Report Totals

|   |                     |              |   |                      |            |
|---|---------------------|--------------|---|----------------------|------------|
|   | Balance Forward     | 0.00         |   |                      |            |
| 1 | Deposits            | 5,000.00     | 11 | Checks              | 5,000.22   |
| 6 | Interest Postings   | 0.22         | 0 | Adjustments Out      | 0.00       |
|   |                     |              | 1 | Transfers Out        | 5,000.22   |
|   | Subtotal            | $ 5,000.22   |   | Total                | $ 10,000.44 |
| 0 | Adjustments In      | 0.00         |   |                      |            |
| 1 | Transfers In        | 5,000.22     |   |                      |            |
|   | Total               | $ 10,000.44  |   | Net Total Balance    | $ 0.00     |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.04e